# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO WESTERN DIVISION

Michael Paul Van Meter,                        Case No 3:12-cv-01805

       Plaintiff,

       v.                                      JUDGMENT ENTRY

County of Hancock, Ohio, et al.,

       Defendants.

For the reasons stated in the Order filed December 8, 2014, it is hereby:

**ORDERED** the motions of the defendants for summary judgment (Docs. 60, 61) be, and the same hereby are granted.

An appeal from this decision would have no plausible merit, could not be taken in good faith, and shall not be allowed without prepayment of the requisite filing fee.

So Ordered.

                                                                 /s/ James G. Carr  
                                                                 Sr. United States District Judge